Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff FRANCISCO ROBERTOVASQUEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FRANCISCO ROBERTOVASQUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN COLVIN, Acting ) <br> ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant ) | Case No.: 2:16-CV-00941 CMK <br><br> STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Francisco Roberto Vasquez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to December 2, 2016; and that Defendant shall have until

1  January 3, 2017, to file her opposition.  Any reply by plaintiff will be due January
2  23, 2017.
3        This Court is aware that Counsel's Spouse battled Stage IV breast cancer
4  which metastasized initially to her liver and continued to progress with tumors in her
5  lungs, spine and brain.  After exhausting all known chemotherapy treatments over
6  18 months ago and surviving on willful determination and profound faith alone
7  Counsel's wife has succumbed to her illness.  On September 30, 2016 Counsel
8  gently held his wife as she relinquished her fight and passed away.  Counsel requires
9  the time to deal with providing the appropriate respect to his spouse.
10        Counsel sincerely apologizes to the court for any inconvenience this may
11  have had upon it or its staff.

12  DATE: October 7, 2016          Respectfully submitted,

13
14                                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                   /s/ *Steven G. Rosales*
15                                 BY: _____
                                   Steven G. Rosales
16                                 Attorney for plaintiff

17
    DATED:  October 7, 2016        BENJAMIN WAGNER
18                                 United States Attorney

19
                                   */S/- Carolyn B. Chen
20

21                                 _____
                                   Carolyn B. Chen
22                                 Special Assistant United States Attorney
                                   Attorney for Defendant
23                                 [*Via email authorization]

24
25
26

-2-

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including December 2, 2016, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to January 3, 2017
4 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due
5 January 23, 2017.
6  IT IS SO ORDERED.

9 Dated:  October 27, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE