1 | Steven G. Rosales
Attorney at Law: 222224
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff FRANCISCO ROBERTOVASQUEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FRANCISCO ROBERTOVASQUEZ, ) | Case No.: 2:16-CV-00941 CMK |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND |
| ) | BRIEFING SCHEDULE |
| vs. ) | |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Francisco Roberto Vasquez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to January 16, 2017; and that Defendant shall have until

-1-

February 15, 2017, to file her opposition. Any reply by plaintiff will be due March 7, 2017.

Counsel continues to require time to deal with his spouses' death and to assist his two elementary school age children return to a normal routine and deal with their loss. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 6, 2016    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  December 6, 2016    BENJAMIN WAGNER
United States Attorney

*/S/- Carolyn B. Chen

_____
Carolyn B. Chen
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 16, 2017, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to February 15, 2017 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due March 7, 2017.

IT IS SO ORDERED.

Dated:  December 9, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE