IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO ROBERTO VASQUEZ,    No. 2:16-CV-0941-CMK

      Plaintiff,

   vs.    ORDER

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

      Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pursuant to the court's December 9, 2016, order plaintiff was required to file his dispositive motion by January 16, 2017. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, plaintiff has not filed a dispositive motion.

/ / /

/ / /

/ / /

1

1  Plaintiff shall show cause in writing, within 30 days of the date of this order, why
2  this action should not be dismissed for failure to file a dispositive motion.  Plaintiff is again
3  warned that failure to respond to this order may result in dismissal of the action for the reasons
4  outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.
5  IT IS SO ORDERED.

DATED: January 20, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE