PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO ROBERTO VASQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-00941-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 60 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 60 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is March 27, 2017. The new due date will be May 26, 2017.

    There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been diligently addressing a backlog of cases and heavy workload due to her multiple-weeks long absences after two major medical emergencies at the end of 2016. In the last week, she also experienced an unanticipated mild medical condition that affected her ability to work and required her to be on leave. Furthermore, Defendant's counsel

was assigned an urgent Equal Employment Opportunity Commission (EEOC) case with an upcoming April deadline that could not be assigned to another attorney, and counsel is also scheduled to appear for an oral argument hearing in the Ninth Circuit Court of Appeals for another case, in mid-May 2017, that was confirmed months ahead.  Despite counsel's diligence and given counsel's continuing heavy workload in the next months, Defendant is requesting additional time up to and including May 26, 2017, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment.  This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: March 14, 2017                    LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Steven G. Rosales by C.Chen\**
(As authorized by e-mail on 3/14/2017)
STEVEN G. ROSALES
Attorneys for Plaintiff

Date: March 14, 2017                    PHILLIP A. TALBERT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  March 15, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2