PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FRANCISCO ROBERTO VASQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-00941-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 14 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 14 days to respond to Plaintiff's motion for summary judgment. This is the third continuance sought by Defendant. The current due date is June 16, 2017. The new due date will be June 30, 2017.

    There is good cause for this request. Since the Court's order of extension dated May 25, 2017, Defendant's counsel has been recovering from and diligently addressing a backlog of cases and her full workload after her absence from sickness with flu-like symptoms and pre-approved leave. Furthermore, Defendant's counsel continues to have a full workload in the next couple of weeks and beyond, specifically including one district court oral argument and an Equal

1

| | |
|---|---|
| 1 | Employment Opportunity Commission matter involving discovery that was just assigned to |
| 2 | Defendant's counsel this week as an emergency and that could not be assigned to another |
| 3 | attorney.  Therefore, Defendant is respectfully requesting additional time up to and including |
| 4 | June 30, 2017, to fully review the record and research the issues presented by Plaintiff's motion |
| 5 | for summary judgment, as Defendant's counsel prioritizes this case amongst her new and |
| 6 | unanticipated pressing immediate deadlines.  This request is made in good faith with no intention |
| 7 | to unduly delay the proceedings. |

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: June 14, 2017        LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Steven G. Rosales by C.Chen\**
(As authorized by e-mail on 6/14/2017)
STEVEN G. ROSALES
Attorneys for Plaintiff

Date: June 14, 2017        PHILLIP A. TALBERT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  June 16, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE